NO. 07-12-0173-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 18, 2012
_____

RUDOLPH CLEMENTS MUNOZ, JR.,

Appellant

V.

THE STATE OF TEXAS,

Appellees

_____

FROM THE 213th DISTRICT COURT OF TARRANT COUNTY;

NO. 1250855R; HON. SHIELA WALKER, PRESIDING
_____

***ON ABATEMENT AND REMAND***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Rudolph Clements Munoz, Jr. appeals from his conviction for the offense of aggravated assault. On August 6, 2012, the clerk's record was filed. The reporter's record was due on August 10, 2012. On August 27, 2012, this court notified the reporter by letter that the record was late and directed the reporter to respond, by

1

September 6, 2012, and explain why it had not been filed. To date, no response, status report, or reporter's record has been filed.

Accordingly, we abate this appeal and remand the causes to the 213th District Court of Tarrant County (trial court) for further proceedings. Upon remand, the trial court shall determine, via hearing or other reasonable means:

> when the reporter's record will be transcribed into written form and filed in accordance with the rules of appellate procedure and in a manner that does not further delay the prosecution of this appeal or have the practical effect of depriving the appellant of his right to appeal.

The trial court shall cause the hearing to be transcribed. So too shall it 1) execute findings of fact and conclusions of law addressing the foregoing issue. Additionally, the district court shall then cause those findings of fact and conclusions of law to be filed with the clerk of this court on or before October 5, 2012. Should further time be needed by the trial court to perform these tasks, then same must be requested before October 5, 2012.

It is so ordered.

Per Curiam

Do not publish.

2